(Name) Steve Gomez

(Address) G.B.D.f = 446 alta Rd Suite 5300

(City, State, Zip) San Diego Ca 92158

(CDC Inmate No.) County no.# 10750931

FILED
JAN 4 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# United States District Court
## Southern District of California

'11 CV 0012 BTM JMA

(Enter full name of plaintiff in this action.)

Steve Gomez
Dob-6-27-66
no.# 10750931

Plaintiff,

v.

San Diego County.
Encinitas sheriff's.
John Doe (county Dispatcher),
Deputy, Carpenter.
no. 7021

(Enter full name of each defendant in this action.)

Defendant(s).

2254 ___ 1983 ___
FILING FEE PAID
Yes ___ No ___
IFP MOTION FILED
Yes ___ No ___
COPIES SENT TO
Court ___ ProSe ___

Civil Case No. ______________
(To be supplied by Court Clerk)

Complaint Under the Civil Rights Act 42 U.S.C. § 1983

**A. Jurisdiction**

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

**B. Parties**

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, Steve Gomez (print Plaintiff's name), who presently resides at 446 Alta Rd Suite 5300 San Diego Ca 92158 (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at San Diego County, City of Encinitas South interstate 5 freeway (institution/place where violation occurred) on (dates) 7-3 (Count 1), 2010 (Count 2), and ______ (Count 3).

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

San Diego County.

Defendant _________ (name) resides in San Diego, ca (County of residence), and is employed as a _________ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

Defendant Encinitas Sheriff's (name) resides in San Diego ca (County of residence), and is employed as a Encinitas Sheriff's (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

Defendant John Doe (name) resides in San Diego ca (County of residence), and is employed as a County Dispatcher (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: On 7-3-2010 The County Dispatcher Broadcast the wrong information.

Defendant Deputy Carpenter (name) no. 7021 resides in San Diego ca (County of residence), and is employed as a Encinitas Sheriff (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Deputy Carpenter (no.7021) thought Gomez Steve was reaching for a weapon and drove his vehicle into Center of drivers side which cause injury to Gomez Steve.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Gomez, Steve #10750931
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.] San Diego County, Encinitas Sheriff's, John Doe (county Dispatcher) Deputy Carpenter. no# 7021.

On 7-3-2010. The County Dispatcher broadcast a call that I was involved in a PC 417 (Brandishing a weapon) keep in mind that the suspects in this call (PC 417) were driving a 2001 (Black) Honda civic. which at the time I was driving a 2004 (Green) ford explorer. a S.U.V total opposite. I was involved in a high speed Pursuit with Encinitas sheriff's department which was terminated by Sergant Foster no# 1678 because of heavy traffic conditions. Duputies Billieux-no# 7145 and Longfellow no# 5210 were working a two man unit. They had staged their vehicle on the Southbound interstate "5" on ramp at manchester ave. Sheriff's Dispatch originally ran the license plate number on the explorer. the vehicle discription did not match the license number given. the suspects vehicle Pass manchester ave. Deputies Billieux# 7145 and Longfellow# 5210 followed the explorer so they could verify the vehicle license plate number. Deputy Billieux# 7145 Pulled alongside the explorer to indentify. the occupants of the

Count 2: The following civil right has been violated: ______________________________

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Count 3: The following civil right has been violated:

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: ______________________________

Defendants: ______________________________

(b) Name of the court and docket number: ______________________________

______________________________.

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] ______________

______________________________.

(d) Issues raised:

______________________________

______________________________

______________________________

______________________________.

(e) Approximate date case was filed: ______________________________.

(f) Approximate date of disposition: ______________________________.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☒ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): San Diego County. Encinitas Sheriff's. John Doe (County Dispatcher) Deputy Carpenter no# 7021

2. Damages in the sum of $ 1.000.000

3. Punitive damages in the sum of $ 1,000,000

4. Other: Great mental and Emotional Pain and Sufferings. $1.000.000 one million.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☒ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

12-30-2010
Date

[signature]
Signature of Plaintiff
#1075093l

Vehicle. I Gomez, Steve accelerated my Vehicle to get away from the sheriff's, but all most hit the car in front of me so I had to swerve to my right and lost control. I crashed into the center median concrete barrier facing Eastbound on the Freeway. Deputy CarPenter no# 7021 was behind Deputies Billieux # 7145 and long fellow #5210. The Green Explorer was now facing Eastbound on the freeway blocking the Car-Pool lane. Deputy Carpenter, No# 7021 Positioning his Vehicle to block traffic. It appeared to Deputy Carpenter # 7021 that Gomez, S was reaching for a weapon. DePuty Carpenter # 7021 States that because of the earlier call of the (PC-417) and seeing Gomez reaching for a weapon that gave him Probable cause to use diedly force and ram the front of his Vehicle into the Center of the drivers door which led to Serious injuries. I have Police reports stating the facts I've explained Plus I went to Scripps Hospital in la Jolla because I substained injuries to my face, Back, neck, Right knee, and left shoulder

# SAN DIEGO SHERIFFS DEPARTMENT

Commissary Order

Inmate Copy

Page: 1 of 1

| Facility | Name | Bed | Order Number |
|---|---|---|---|
| 7 -Vista (VDF) | Gomez,Steven | B | 400864015 |

| Area | Housing Unit | Cell |
|---|---|---|
| UW | 3 | 32 |

| Name | Booking Number | Date |
|---|---|---|
| Gomez,Steven | 10750931 | 13-JUL-2010 |

| Loc | Product | Description | Qty Ordered | Qty Shipped | Tax | Unit Price | Total | Comments |
|---|---|---|---|---|---|---|---|---|
| 013 | 0050020 | Golf Pencil | 4 | 4 | T | .09 | .36 | |
| 014 | 0050021 | Eraser Cap | 1 | 1 | T | .09 | .09 | |
| 027 | 0050124 | Toothbrush Stubby 3 inch | 1 | 1 | T | .19 | .19 | |
| 031 | 0050002 | Writing Pad | 1 | 1 | T | 1.29 | 1.29 | |
| 033 | 0050017 | First Class Stamped Envelope | 10 | 10 | N | .54 | 5.40 | |
| 045 | 0050119 | Soap Deodorant Irish Spring | 1 | 1 | T | .89 | .89 | |
| 046 | 0003399 | Soap Dial Antibacterial | 2 | 2 | T | 1.19 | 2.38 | |
| 047 | 0050121 | Deodorant Ladies | 1 | 1 | T | 3.29 | 3.29 | |
| 052 | 0050114 | Lotion Hand / Body | 1 | 1 | T | .89 | .89 | |
| 053 | 0050126 | Colgate Toothpaste | 1 | 1 | T | 1.99 | 1.99 | |

Ferst time went to store 7-?-2010

[signature] #10750931

| | |
|---|---|
| Subtotal: | 16.77 |
| Sales Tax | .99 |
| Total: | 17.76 |
| Previous Balance: | 33.00 |
| New Balance: | 15.24 |

# SAN DIEGO SHERIFFS DEPARTMENT

**Commissary Order**

**Inmate Copy**

Page: 1 of 1

| Facility | Name | Bed | Order Number |
|---|---|---|---|
| 7 -Vista (VDF) | Gomez,Steven | B | 400868362 |

| Area | Housing Unit | Cell |
|---|---|---|
| UW | 3 | 32 |

| Name | Booking Number | Date |
|---|---|---|
| Gomez,Steven | 10750931 | 20-JUL-2010 |

| Loc | Product | Description | Qty Ordered | Qty Shipped | Tax | Unit Price | Total | Comments |
|---|---|---|---|---|---|---|---|---|
| 087 | 0050057 | Atomic Fireballs | 1 | 1 | N | .99 | .99 | |
| 133 | 0050032 | Soup Chili | 3 | 3 | N | .79 | 2.37 | |

| | |
|---|---|
| Subtotal: | 3.36 |
| Total: | 3.36 |
| Previous Balance: | 15.23 |
| New Balance: | 11.87 |

# SAN DIEGO SHERIFFS DEPARTMENT

Commissary Order

Inmate Copy

Page: 1 of 1

| Facility | Name | Bed | Order Number |
|---|---|---|---|
| 7 -Vista (VDF) | Gomez,Steven | B | 400872324 |

| Area | Housing Unit | Cell |
|---|---|---|
| UW | 3 | 32 |

| Name | Booking Number | Date |
|---|---|---|
| Gomez,Steven | 10750931 | 27-JUL-2010 |

| Loc | Product | Description | Qty Ordered | Qty Shipped | Tax | Unit Price | Total | Comments |
|---|---|---|---|---|---|---|---|---|
| 033 | 0050017 | First Class Stamped Envelope | 10 | 10 | N | .54 | 5.40 | |
| 103 | 0051228 | Famous Amos Chocolate Chip Cookies | 1 | 1 | N | .69 | .69 | |
| 111 | 0050077 | Popcorn Jalapeno | 1 | 1 | N | .69 | .69 | |
| 133 | 0050032 | Soup Chili | 5 | 5 | N | .79 | 3.95 | |

| | |
|---|---|
| Subtotal: | 10.73 |
| Total: | 10.73 |
| Previous Balance: | 11.87 |
| New Balance: | 1.14 |



# SAN DIEGO SHERIFFS DEPARTMENT

Commissary Order

Inmate Copy

Page: 1 of 1

| Facility | Name | Bed | Order Number |
|---|---|---|---|
| 3 -George Bailey (GBDF) | Gomez,Steven | B | 400900268 |

| Area | Housing Unit | Cell |
|---|---|---|
| 6 | C | 240 |

| Name | Booking Number | Date |
|---|---|---|
| Gomez,Steven | 10750931 | 13-SEP-2010 |

| Loc | Product | Description | Qty Ordered | Qty Shipped | Tax | Unit Price | Total | Comments |
|---|---|---|---|---|---|---|---|---|
| 002 | 0050248 | Phone Time $10 | 1 | 1 | N | 10.00 | 10.00 | |
| 028 | 0050127 | Washcloth | 1 | 1 | T | .49 | .49 | / |
| 045 | 0050119 | Soap Deodorant Irish Spring | 1 | 1 | T | .89 | .89 | / |
| 046 | 0003399 | Soap Dial Antibacterial | 2 | 2 | T | 1.19 | 2.38 | / |
| 048 | 0050122 | Deodorant Mens | 1 | 1 | T | 3.29 | 3.29 | / |
| 053 | 0050126 | Colgate Toothpaste | 1 | 1 | T | 1.99 | 1.99 | / |
| 055 | 0050080 | Beans Refried Instant | 2 | 2 | N | 1.39 | 2.78 | / |
| 057 | 0050086 | Flour Tortillas | 1 | 1 | N | 1.29 | 1.29 | / |
| 069 | 0050038 | Nescafe Restaurant Blend Coffee | 1 | 1 | N | 4.79 | 4.79 | / |
| 079 | 0051241 | Cheetos Hot Limon | 2 | 2 | N | .89 | 1.78 | / |
| 086 | 0050061 | Jolly Ranchers | 1 | 1 | N | 1.19 | 1.19 | / |
| 109 | 0050053 | Honey Buns | 2 | 2 | N | .89 | 1.78 | / |
| 128 | 0050078 | Pork Skins Cracklins | 2 | 2 | N | 1.09 | 2.18 | / |
| 133 | 0050032 | Soup Chili | 4 | 4 | N | .79 | 3.16 | / |
| 134 | 0050034 | Soup Beef | 4 | 4 | N | .79 | 3.16 | / |

| | |
|---|---|
| Subtotal: | 41.15 |
| Sales Tax | .79 |
| Total: | 41.94 |
| Previous Balance: | 100.00 |
| New Balance: | 58.06 |

# SAN DIEGO SHERIFFS DEPARTMENT

**Commissary Order**

**Inmate Copy**

Page: 1 of 1

| Facility | Name | Bed | Order Number |
|---|---|---|---|
| 3 -George Bailey (GBDF) | Gomez,Steven | B | 400907835 |

| Area | Housing Unit | Cell |
|---|---|---|
| 6 | C | 240 |

| Name | Booking Number | Date |
|---|---|---|
| Gomez,Steven | 10750931 | 24-SEP-2010 |

| Loc | Product | Description | Qty Ordered | Qty Shipped | Tax | Unit Price | Total | Comments |
|---|---|---|---|---|---|---|---|---|
| 045 | 0050119 | Soap Deodorant Irish Spring | 1 | 1 | T | .89 | .89 | |
| 055 | 0050080 | Beans Refried Instant | 1 | 1 | N | 1.39 | 1.39 | |
| 062 | 0051242 | Hot Sauce 12-pack | 1 | 1 | N | .99 | .99 | |
| 063 | 0050043 | Peanut Butter Single Serve | 2 | 2 | N | .39 | .78 | |
| 064 | 0050044 | Grape Jelly Single Serve | 2 | 2 | N | .29 | .58 | |
| 069 | 0050038 | Nescafe Restaurant Blend Coffee | 1 | 1 | N | 4.79 | 4.79 | |
| 079 | 0051241 | Cheetos Hot Limon | 2 | 2 | N | .89 | 1.78 | |
| 086 | 0050061 | Jolly Ranchers | 1 | 1 | N | 1.19 | 1.19 | |
| 109 | 0050053 | Honey Buns | 2 | 2 | N | .89 | 1.78 | |
| 110 | 0050069 | Caramel Corn | 1 | 1 | N | 1.59 | 1.59 | |
| 128 | 0050078 | Pork Skins Cracklins | 1 | 1 | N | 1.29 | 1.29 | |
| 133 | 0050032 | Soup Chili | 5 | 5 | N | .79 | 3.95 | |
| 134 | 0050034 | Soup Beef | 2 | 2 | N | .79 | 1.58 | |

| | |
|---|---|
| Subtotal: | 22.58 |
| Sales Tax | .08 |
| Total: | 22.66 |
| Previous Balance: | 49.85 |
| New Balance: | 27.19 |

# SAN DIEGO SHERIFFS DEPARTMENT

## Commissary Order

**Inmate Copy**

Page: 1 of 1

| Facility | Name | Bed | Order Number |
|---|---|---|---|
| 3 -George Bailey (GBDF) | Gomez,Steven | B | 400903515 |

| Area | Housing Unit | Cell |
|---|---|---|
| 6 | C | 240 |

| Name | Booking Number | Date |
|---|---|---|
| Gomez,Steven | 10750931 | 17-SEP-2010 |

| Loc | Product | Description | Qty Ordered | Qty Shipped | Tax | Unit Price | Total | Comments |
|---|---|---|---|---|---|---|---|---|
| 055 | 0050080 | Beans Refried Instant | 1 | 1 | N | 1.39 | 1.39 | |
| 101 | 0050071 | Chesters Hot Fries | 1 | 1 | N | .89 | .89 | |
| 107 | 0050047 | Brownies | 1 | 1 | N | .99 | .99 | |
| 109 | 0050053 | Honey Buns | 2 | 2 | N | .89 | 1.78 | |
| 133 | 0050032 | Soup Chili | 4 | 4 | N | .79 | 3.16 | |

Subtotal: 8.21

Total: 8.21

Previous Balance: 58.06

New Balance: 49.85



# SAN DIEGO SHERIFF'S DEPARTMENT



## Commissary Order

Inmate Copy

Page: 1 of 1

| Facility | Name | Bed | Order Number |
|---|---|---|---|
| 3 -George Bailey (GBDF) | Gomez,Steven | T | 400949275 |

| Area | Housing Unit | Cell |
|---|---|---|
| 6 | C | 239 |

| Name | Booking Number | Date |
|---|---|---|
| Gomez,Steven | 10750931 | 06-DEC-2010 |

| Loc | Product | Description | Qty Ordered | Qty Shipped | Tax | Unit Price | Total | Comments |
|---|---|---|---|---|---|---|---|---|
| 055 | 0050080 | Beans Refried Instant | 2 | 2 | N | 1.39 | 2.78 | |
| 063 | 0050043 | Peanut Butter Single Serve | 5 | 5 | N | .39 | 1.95 | |
| 064 | 0050044 | Grape Jelly Single Serve | 5 | 5 | N | .29 | 1.45 | |
| 118 | 0050060 | Crackers Grilled Cheese | 1 | 1 | N | .39 | .39 | |
| 133 | 0050032 | Soup Chili | 8 | 8 | N | .79 | 6.32 | |
| 135 | 0050033 | Soup Chicken | 2 | 2 | N | .79 | 1.58 | |

Last time went to store

| | |
|---|---|
| Subtotal: | 14.47 |
| Total: | 14.47 |
| Previous Balance: | 14.92 |
| New Balance: | .45 |

# SAN DIEGO SHERIFFS DEPARTMENT

## Commissary Order

Inmatang Cpy

Page: 1 of 1

| Facility | Name | Bed | Order Number |
|---|---|---|---|
| 3 -George Bailey (GBDF) | Gomez,Steven | T | 400940728 |

| Area | Housing Unit | Cell |
|---|---|---|
| 6 | C | 239 |

| Name | Booking Number | Date |
|---|---|---|
| Gomez,Steven | 10750931 | 19-NOV-2010 |

| Loc | Product | Description | Qty Ordered | Qty Shipped | Tax | Unit Price | Total | Comments |
|---|---|---|---|---|---|---|---|---|
| 002 | 0050248 | Phone Time $10 | 1 | 1 | N | 10.00 | 10.00 | |
| 055 | 0050080 | Beans Refried Instant | 2 | 2 | N | 1.39 | 2.78 | |
| 057 | 0050086 | Flour Tortillas | 1 | 1 | N | 1.29 | 1.29 | |
| 062 | 0051242 | Hot Sauce 12-pack | 1 | 1 | N | .99 | .99 | |
| 063 | 0050043 | Peanut Butter Single Serve | 5 | 5 | N | .39 | 1.95 | |
| 064 | 0050044 | Grape Jelly Single Serve | 5 | 5 | N | .29 | 1.45 | |
| 079 | 0051241 | Cheetos Hot Limon | 3 | 3 | N | .89 | 2.67 | |
| 083 | 0050064 | Nutrageous | 1 | 1 | N | 1.19 | 1.19 | |
| 086 | 0050061 | Jolly Ranchers | 1 | 1 | N | 1.19 | 1.19 | |
| 110 | 0050069 | Caramel Corn | 2 | 2 | N | 1.59 | 3.18 | |
| 111 | 0050077 | Popcorn Jalapeno | 3 | 3 | N | .69 | 2.07 | |
| 125 | 0051235 | Ritz Club Crackers | 1 | 1 | N | 1.69 | 1.69 | |
| 128 | 0050078 | Pork Skins Cracklins | 2 | 2 | N | 1.29 | 2.58 | |
| 132 | 0050036 | Soup Oriental | 3 | 3 | N | .79 | 2.37 | |
| 133 | 0050032 | Soup Chili | 5 | 5 | N | .79 | 3.95 | |

| | |
|---|---|
| Subtotal: | 39.35 |
| Total: | 39.35 |
| Previous Balance: | 40.00 |
| New Balance: | .65 |

# SAN DIEGO SHERIFFS DEPARTMENT

Commissary Order

Inmate Copy

Page: 1 of 1

| Facility | Name | Bed | Order Number |
|---|---|---|---|
| 3 -George Bailey (GBDF) | Gomez,Steven | T | 400943804 |

| Area | Housing Unit | Cell |
|---|---|---|
| 6 | C | 239 |

| Name | Booking Number | Date |
|---|---|---|
| Gomez,Steven | 10750931 | 24-NOV-2010 |

| Loc | Product | Description | Qty Ordered | Qty Shipped | Tax | Unit Price | Total | Comments |
|---|---|---|---|---|---|---|---|---|
| 002 | 0050248 | Phone Time $10 | 1 | 1 | N | 10.00 | 10.00 | |
| 012 | 0050006 | I Love You Card | 1 | 1 | T | 1.99 | 1.99 | |
| 055 | 0050080 | Beans Refried Instant | 1 | 1 | N | 1.39 | 1.39 | |
| 057 | 0050086 | Flour Tortillas | 1 | 1 | N | 1.29 | 1.29 | |
| 063 | 0050043 | Peanut Butter Single Serve | 5 | 5 | N | .39 | 1.95 | |
| 064 | 0050044 | Grape Jelly Single Serve | 5 | 5 | N | .29 | 1.45 | |
| 087 | 0050057 | Atomic Fireballs | 1 | 1 | N | .99 | .99 | |
| 111 | 0050077 | Popcorn Jalapeno | 2 | 2 | N | .69 | 1.38 | |
| 118 | 0050060 | Crackers Grilled Cheese | 3 | 3 | N | .39 | 1.17 | |
| 133 | 0050032 | Soup Chili | 5 | 5 | N | .79 | 3.95 | |

| | |
|---|---|
| Subtotal: | 25.56 |
| Sales Tax | .17 |
| Total: | 25.73 |
| Previous Balance: | 50.65 |
| New Balance: | 24.92 |

# SAN DIEGO SHERIFFS DEPARTMENT

**Commissary Order**

**Inmate Copy**

Page: 1 of 1

| Facility | Name | Bed | Order Number |
|---|---|---|---|
| 3 -George Bailey (GBDF) | Gomez,Steven | T | 400963500 |

| Area | Housing Unit | Cell |
|---|---|---|
| 6 | C | 239 |

| Name | Booking Number | Date |
|---|---|---|
| Gomez,Steven | 10750931 | 30-DEC-2010 |

| Loc | Product | Description | Qty Ordered | Qty Shipped | Tax | Unit Price | Total | Comments |
|---|---|---|---|---|---|---|---|---|
| 002 | 0050248 | Phone Time $10 | 1 | 1 | N | 10.00 | 10.00 | |
| 063 | 0050043 | Peanut Butter Single Serve | 5 | 5 | N | .39 | 1.95 | |
| 070 | 0050027 | Coffee Decaf | 1 | 1 | N | 3.79 | 3.79 | |
| 108 | 0050056 | Vanilla Wafers | 2 | 2 | N | 1.09 | 2.18 | |

Last time went to store 12-30-2010

[signature]

#10750931

| | |
|---|---|
| Subtotal: | 17.92 |
| Total: | 17.92 |
| Previous Balance: | 20.09 |
| New Balance: | 2.17 |

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

'11 CV 0012 BTM JMA

**I (a) PLAINTIFFS**

**Steve Gomez**

**DEFENDANTS**

**San Diego County et al**

225 1983

FILING FEE PAID

Yes

IFP MOTION FILED

Yes No

COPIES SENT TO

Court ProSe

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego

**(EXCEPT IN U.S. PLAINTIFF CASES)**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT

(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

FILED

JAN 4 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**Steve Gomez**
**446 Alta Rd.**
**San Diego, CA 92158**
**10750931**

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**42 U.S.C. 1983**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc.
- ☐ Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 1/4/11 ~~SIGNATURE OF ATTORNEY OF RECORD~~