# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GOMEZ,<br>CDCR # AG-3761,<br><br>                             Plaintiff,<br><br>vs.<br><br>SAN DIEGO COUNTY, et al.,<br><br>                            Defendants. | Civil No.   11cv0012 BTM (JMA)<br><br>**ORDER:**<br><br>**1) DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION AS MOOT [ECF No. 49]**<br><br>**AND**<br><br>**2) GRANTING DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER [ECF No. 50]** |

On September 11, 2012, Defendant Matthew Carpenter filed a Motion for Summary Judgment or partial Summary Judgment pursuant to FED.R.CIV.P. 56(a) (ECF No. 40). On September 17, 2012, the Court provided Plaintiff with notice of Defendant's Motion pursuant to *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988) and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) (en banc). Plaintiff was directed to file and serve his Opposition no later than October 12, 2012 (ECF No. 41 at 2).

On October 29, 2012, the Court granted Plaintiff's Motion to Postpone Summary Judgment, and granted him until November 30, 2012 to file his Opposition (ECF No. 41).

1       Plaintiff did not file his Opposition; instead on December 7, 2012, he filed another
2  Motion requesting one "final" extension of time, "up to an including December 17, 2012," to
3  file his Opposition (ECF No. 49).  In addition, on December 12, 2012, Defendant Carpenter filed
4  an ex parte Motion to Amend, requesting the Court vacate the remaining pretrial dates set out
5  in the February 6, 2012 Scheduling Order (ECF No. 25) pending the resolution of his Motion
6  for Summary Judgment (ECF No. 50).

7       Before the Court had an opportunity to rule on either request, Plaintiff submitted his
8  Opposition (ECF No. 52), which the Court accepted for filing despite its untimeliness. *See*
9  *Eldridge v. Block*, 832 F.2d 1132, 1136 (9th Cir. 1987) ("'[S]trict time limits . . . ought not to
10 be insisted upon' where restraints resulting from a pro se prisoner plaintiff's incarceration
11 prevent timely compliance with court deadlines.") (citation omitted). Therefore, Plaintiff's
12 Motion for Extension of Time is now moot.

13      In light of these extensions, the Court also finds good cause to vacate all pending pretrial
14 dates pending disposition of Defendant's Motion for Summary Judgment. *See Wong v. Regents*
15 *of University of California*, 410 F.3d 1052, 1060 (9th Cir. 2005) (courts have authority to
16 "manage the cases before it efficiently and effectively" and to permit exceptions to previously
17 established deadlines for "good reason.").

18      **Conclusion and Order**

19      Good reason having been shown, the Court hereby DENIES Plaintiff's Motion for
20 Extension of Time (ECF No. 49) as moot; GRANTS Defendant until **Friday, January 11, 2013**
21 to file his Reply; and GRANTS Defendant's ex parte Motion to Alter/Amend the Court's
22 February 6, 2012 Scheduling Order (ECF No. 50). All remaining pretrial dates are VACATED
23 pending resolution of Defendant's pending Motion for Summary Judgment (ECF No. 40).
24      IT IS SO ORDERED.
25 DATED: December 26, 2012

              BARRY TED MOSKOWITZ, Chief Judge
              United States District Court